UNITED STATES DISTRICT COURT
FOR THE USDC Northern Indiana
SOUTH BEND DIVISION

Rosco Inc

        Plaintiff,

v.                              Case No.: 3:09–cv–00586–TLS–CAN

                                Judge Theresa L Springmann

Velvac Inc

        Defendant.

**NOTICE**

    A review of the Court's records indicates that service of process has NOT been accomplished as to Rosco, Inc. .

    A failure to have process issued and service made within one hundred twenty (120) days from the filing of the complaint shall, in the discretion of the court, be sufficient to warrant dismissal of the action, without prejudice, for failure to complete process pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

    According to our calculations, the time limitation for service of process has now elapsed. If no action is taken by July 1, 2010, the matter will be brought to the attention of the Court.

Date:  June 16, 2010                STEPHEN R. LUDWIG, CLERK

                                          By:  s/   Jeffrey Wesselhoff
                                                      Deputy Clerk