# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

## ORDER

The Clerk is hereby directed to reassign the following civil cases from Judge Theresa L. Springmann to Judge Jon E. DeGuilio as the presider for all further proceedings:

| | |
|---|---|
| 2:09-cv-274-TLS-PRC | McBride v. Davis Security Service LLC |
| 2:09-cv-283-TLS-APR | Plumbers Union v. Hebron Plumbing and Heating Inc |
| 2:09-cv-309-TLS-PRC | Prudential Real Estate Affiliates Inc v. Partners Real Estate Inc |
| 2:09-cv-409-TLS-APR | Kasmark v. DV Technologies Inc |
| 2:09-cv-418-TLS-APR | Himden v. Wal-Mart Stores East LP |
| 2:10-cv-065-TLS-PRC | Lumbermens Merchandising Corporation v. Centier Bank |
| 2:10-cv-024-TLS-APR | Crawford v. BioLife Plasma Services LP |
| 3:09-cv-430-TLS-CAN | John Hancock Variable Life Insurance Co v. 1st Source Bank |
| 3:09-cv-453-TLS-CAN | Hegwood-Metcalf v. Sevier |
| 3:09-cv-463-TLS-CAN | Bolden v. Commissioner of Social Security |
| 3:09-cv-470-TLS-CAN | Dixie Motors LLC v. Gulf Stream Coach Inc |
| 3:09-cv-494-TLS-CAN | State Farm Mutual Auto Insurance Co v. Gulf Stream Coach |
| 3:09-cv-557-TLS-CAN | Industrial Towel and Uniform Inc v. Enviroright LLP |
| 3:09-cv-586-TLS-CAN | Rosco Inc v. Velvac Inc |
| 3:10-cv-002-TLS-CAN | Means v. Dunedin Apartments |
| 3:10-cv-003-TLS-CAN | Means v. St Joseph County Board of Commissioners |
| 3:10-cv-005-TLS-CAN | Brown v. Miami County |
| 3:10-cv-026-TLS | Gill v. Superintendent |
| 3:10-cv-044-TLS-CAN | Cusic-Mason v. Bayer Healthcare Pharmaceuticals Inc |
| 3:10-cv-048-TLS-CAN | McKibben v. Bigler |
| 4:09-cv-061-TLS-PRC | Rodenbaugh v. CSL Plasma Inc |

This order does not change the assignment of the Magistrate Judge or any previously scheduled deadlines, hearings or trial dates.

**IT IS SO ORDERED**.

**DATED**: June 16, 2010                         /s/ Philip P. Simon
                                                 **Chief Judge**
                                                 **United States District Court**