UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ROSCO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:09-CV-00586 JD |
| ) | |
| VELVAC, INC., ) | |
| ) | |
| Defendant. ) | |

ORDER

Rosco, Inc. filed a complaint on December 21, 2009, alleging patent infringement by Velvac, Inc. [DE 1]. However, as of June 16, 2010, a review of the record in this case indicated that Rosco had not accomplished service of the summons and complaint on Velvac. Today, the record indicates that Rosco has still not accomplished service of the summons and complaint or reported any other action taken in furtherance of this case's prosecution.

Rule 4(m) of the Federal Rules of Civil Procedure provides that service must be completed within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m). On June 16, 2010, this Court warned Rosco that its action may be dismissed without prejudice pursuant to Rule 4(m) if no action is taken by July 1, 2010. [DE 5]. The docket reflects that this notice was sent to plaintiff's counsel on June 16, 2010, and was not returned to the Court for failure of service. Plaintiff has failed to respond to this notice or take any action.

As a result, this Court now ORDERS that this case be DISMISSED without prejudice pursuant to Rule 4(m). Fed. R. Civ. P. 4(m). Each party is to bear its own costs and the clerk shall treat this case as terminated.

SO ORDERED.

ENTERED:  July 29, 2010

/s/ JON E. DEGUILIO
Judge
United States District Court